# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
### Reading Division

| | |
|---|---|
| Kurt Douglass Fritz and<br>Wendlolyn M. Douglass,<br><br>      Debtors. | Case No. 25-10081-PMM<br>Chapter 13 |

## Notice of Motion to Extend Automatic Stay

A Motion to Extend the Automatic Stay has been filed with the court in the above matter by Debtors Kurt Douglass Fritz and Wendlolyn M. Douglass.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may want to consult one.**

**An evidentiary hearing on the motion is scheduled to be held on January 22, 2025 at 1:00 p.m.** before U.S. Bankruptcy Judge Patricia M. Mayer in Courtroom #1, Robert N.C. Nix, Sr., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania, 19107.

If a copy of the motion is not enclosed, a copy will be provided to you if you request one from the attorney listed below.

## How to File a Response

If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically. If you are not required to file electronically, you must file your response at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Building, 900 Market Street, Philadelphia, PA 19107. If you mail your response, you must mail it early enough so that it will be received by the court on or before the deadline. For more information about the U.S. Bankruptcy Court, please visit **https://www.paeb.uscourts.gov**.

| | |
|---|---|
| Date: January 8, 2025 | Michael A. Cibik (#23110)<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102<br>215-735-1060<br>mail@cibiklaw.com |