# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
### Reading Division

| | |
|---|---|
| Kurt Douglass Fritz and Wendlolyn M. Douglass,<br><br>　　　　　　　　　Debtors. | Case No. 25-10081-PMM<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the Motion to Extend the Automatic Stay, Notice, and Proposed Order to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described above to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

Date: January 8, 2025

*/s/ Michael A. Cibik*

Michael A. Cibik (#23110)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

Allied First Bank
DBA Servbank
3138 E Elwood St
Phoenix, AZ 85034-7210


Berks County Tax Claim
Bureau
633 Court St Fl 2
Reading, PA 19601-3552


Brock and Scott PLLC
2011 Renaissance Blvd Ste 100
Kng of Prussa, PA 19406-2782


Capital One Financial Corp.
Attn: Bankruptcy
1680 Capital One Dr
McLean, VA 22102-3407


Comenity Capital Bank
Attn: Bankruptcy
12921 S Vista Station Blvd
Draper, UT 84020-2376


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Pennsylvania Attorney
General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001


Pennsylvania Department of
Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of
General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210


Township of Cumru
1775 Welsh Rd
Mohnton, PA 19540-8803


U.S. Attorney, Eastern District
of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404


U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683