*Form 130* (3/23)–doc 11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Kurt Douglass Fritz ) Case No. 25–10081–pmm
 )
 )
   Wendlolyn M. Douglass ) Chapter: 13
 )
   Debtor(s). )

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Means Test Calculation 122C–2 Due 1/22/25
    Plan Due 1/22/25
    Schedules A Due 1/22/25
    Schedules B Due 1/22/25
    Schedules C Due 1/22/25
    Schedules D Due 1/22/25
    Schedules E Due 1/22/25
    Schedules F Due 1/22/25
    Schedules G Due 1/22/25
    Schedules H Due 1/22/25
    Schedules I Due 1/22/25
    Schedules J Due 1/22/25
    Statement of Current Monthly Income (122C–1) Due 1/22/25
    Statement of Financial Affairs Due 1/22/25
    Summary of Assets and Liabilities Due 1/22/25

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: January 10, 2025                     By the Court

                                                                                                   Patricia M. Mayer
                                                                                                   Judge, United States Bankruptcy Court