**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Reading Division

|  |  |
|---|---|
| Kurt Douglass Fritz and<br>Wendlolyn M. Douglass,<br><br>                           Debtors. | Case No. 25-10081-PMM<br>Chapter 13 |

**ORDER DIRECTING EMPLOYER**
**TO MAKE WAGE DEDUCTION**

Upon motion of Kurt Douglass Fritz, it is hereby **ORDERED** that:

1. Debtor's employer, Uhrig's Construction, Inc. ("the employer") shall pay $555.23 directly from each of his regular weekly paychecks, to the chapter 13 trustee at the following address:

    Scott F. Waterman, Chapter 13 Trustee
    P.O. Box 680
    Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date: **February 10, 2025**

_Patricia M. Mayer_
Honorable Patricia M. Mayer
Judge, United States Bankruptcy Court

CC: Uhrig's Construction, Inc.
ATTN: Melinda Oldt, Payroll Department
1700 N. 5th St
Resding, PA 19601