


**INSTRUMENT # 2020002676**

RECORDED DATE: 01/22/2020 09:53:48 AM



**Mary Kozak**
**Berks County Recorder of Deeds**

Berks County Services Center 3rd Floor
633 Court Street
Reading, PA 19601
Office: (610) 478-3380 ~ Fax: (610) 478-3359
Website: www.countyofberks.com/recorder

| | |
|---|---|
| **Document Type:**  ASSIGNMENT OF MORTGAGE | **Transaction #:** <br> **Document Page Count:**  2 <br> **Operator Id:**  KDiFazio |
| **PARCEL ID(s): (See doc for additional parcel #'s)** <br> 39439505085416 | **SUBMITTED BY:** <br> Shapiro & DeNardo, L.L.C. <br> 3600 HORIZON DR SUITE 150 <br><br> KING OF PRUSSIA, PA 19406 <br> (610) 278-6800 |

**\* PROPERTY DATA:**

**\*\* PLEASE SEE DOCUMENT OR INDEX FOR PROPERTY DATA**

| | | |
|---|---|---|
| **FEES / TAXES:** <br> RECORDING FEES: ASSIGNMENT OF MORTGAGE <br> RECORDS IMPROVEMENT FUND <br> JUDICIAL FEE <br> WRIT TAX <br> PARCEL ID FEE <br><br> **Total:** | $26.25 <br> $5.00 <br> $40.25 <br> $0.50 <br> $10.00 <br><br> $82.00 | **INSTRUMENT #: 2020002676** <br> Recorded Date: 01/22/2020 09:53:48 AM <br><br> I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office in Berks County, Pennsylvania. <br><br>  <br><br> **Mary Kozak** <br> **Recorder of Deeds** |

## OFFICIAL RECORDING COVER PAGE

Page 1 of 3

# PLEASE DO NOT DETACH

## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

NOTE: If document data differs from cover sheet, document data always supersedes.
\*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.

When Recorded Return To:
DOCUMENT ADMINISTRATION
NATIONSTAR MORTGAGE DBA MR. COOPER
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

Property:
119 ARDMORE AVE
READING, PA 19607
in the Township of CUMRU

**Assessor's/Tax ID No. 39-4395-05-08-5416**

## CORPORATE ASSIGNMENT OF MORTGAGE

**Berks, Pennsylvania**
**SELLER'S SERVICING #**         "FRITZ"

Date of Assignment: January 15th, 2020
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR FIDELIS MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS
Assignee: NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

I hereby certify the precise address of the within named Assignor is P.O. BOX 2026, FLINT, MI 48501-2026.

Executed By: KURT D. FRITZ AND WENDLOLYN M. DOUGLASS, HUSBAND AND WIFE To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FIDELIS MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS
Date of Mortgage: 10/05/2018 Recorded: 10/12/2018 as Instrument/Document: 2018035612 In the County of Berks, State of Pennsylvania.

Property Address: 119 ARDMORE AVE, READING, PA 19607

I do certify that the precise address of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER is 8950 CYPRESS WATERS BLVD.,, COPPELL, TX 75019
Attested By: _____
                       Tim Jackson

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $275,702.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said assignor hereby grants and conveys unto the said assignee, the assignor's interest under the Security Instrument.

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR FIDELIS MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS
On January 15th, 2020

By: _____
TIM JACKSON, Vice-President

STATE OF Texas
COUNTY OF Dallas

On January 15th, 2020, before me, DANIELA HORVATH, a Notary Public in and for Dallas in the State of Texas, personally appeared TIM JACKSON, Vice-President of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR FIDELIS MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
DANIELA HORVATH
Notary Expires: 01/27/2020 #128862890

DANIELA HORVATH
Notary Public, State of Texas
Comm. Expires 01-27-2020
Notary ID 128862890

(This area for notarial seal)

WHEN RECORDED MAIL TO:
Brock & Scott, PLLC
2011 Renaissance Boulevard, Suite 100
King of Prussia, PA 19406

Parcel ID: 39-4395-05-08-5416

## ASSIGNMENT OF MORTGAGE

For good and valuable consideration, the sufficiency of which is hereby acknowledged, Nationstar Mortgage LLC, whose address is 8950 Cypress Waters Blvd., Coppell, TX 75019, Assignor, by these presents does convey, assign, transfer and set over to: Allied First Bank, SB dba Servbank, its successors and assigns, whose address is 3138 E. Elwood St., Phoenix, AZ 85034, Assignee, the following described Mortgage, with all interest, all liens, and any rights due or to become due thereon. Said Mortgage for $275,702.00 is recorded in the Commonwealth of PENNSYLVANIA, County of Berks Official Records, dated October 5, 2018 and recorded on October 12 2018, as Instrument No.: 2018035612.

Original Mortgagor(s): Kurt D. Fritz and Wendlolyn M. Douglass
Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as a nominee for Fidelis Mortgage Corporation, ITS SUCCESSORS AND ASSIGNS
Property Address: 119 Ardmore Ave, Reading, PA 19607
Municipality: Township of Cumru

Date: __JUNE 22, 2023__

Nationstar Mortgage LLC d/b/a Mr. Cooper by Lynx Whole Loan Acquisition LLC as attorney in fact for Allied First Bank, SB dba Servbank as attorney in fact

By: _[signature]_

Name __CINDY COWDEN__

Title __VICE PRESIDENT__

STATE OF __ARIZONA__
COUNTY OF __MARICOPA__ s.s.

On __JUNE 22, 2023__ before me, __LAUREN THOMAS__, a Notary Public, personally appeared __CINDY COWDEN__, as __VICE PRESIDENT__ (title) of Allied First Bank, SB dba Servbank as attorney in fact for Lynx Whole Loan Acquisition LLC as attorney in fact for Nationstar Mortgage LLC d/b/a Mr. Cooper, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

_[signature]_ Notary Public

Name __LAUREN THOMAS__
Commission # 649377
Commission expires: 06.08.2027

LAUREN THOMAS
Notary Public - Arizona
Maricopa County
Commission # 649377
My Comm. Expires Jun 8, 2027

CERTIFICATE OF ASSIGNEE ADDRESS

The undersigned does herby certify that the precise address of the Assignee is:
3138 E. Elwood St., Phoenix, AZ 85034

Assignment of Mortgage     page 2 of 2

Legal Description:

PURPART NO. 1:

ALL THOSE CERTAIN three (3) lots or pieces of ground as shown on Plan of "Montrose", laid out in April 1925 by William H Dechant & Sons, filed in the Recorder's Office of Berks County, in Plan Book No. 2, page 55, situate in the Township of Cumru, County of Berks and State of Pennsylvania, being Lots Nos. 802, 803 and 804, bounded and described as follows, to wit:

On the Southwest by Ardmore Avenue;
On the Northwest by Lot No. 805;
On the Northeast by a fifteen feet (15;) wide alley; and
On the Southeast by Lot No. 801

CONTAINING in front on Ardmore Avenue sixty feet (60'), and in depth of equal width, one hundred thirty feet (130') to said fifteen feet (15') wide alley.

PURPART NO. 2

ALL THOSE CERTAIN three (3) lots or pieces of ground on plan of "Montrose", as laid out in April 1925, by William H Dechant & Sons, and a plan thereof filed in the Recorder's Office of Berks County and State of Pennsylvania, being Lots Nos. 805, 906 and 807, bounded and described as follows:

On the Southwest by Ardmore Avenue
On the Northwest Clair Street
On the Northeast by a fifteen (15) feet wide alley, and
On the Southeast by a lot No. 804

CONTAINING in front on Ardmore Avenue sixty-five (65) feet and in depth of equal width to said fifteen (15) feet wide alley, one hundred thirty (130) feet.