IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>KURT DOUGLAS FRITZ<br>WENDLOLYN M. DOUGLAS<br>    Debtors,<br><br>SERVBANK, SB SERVICER LYNX WHOLE LOAN AQN LLC<br>    Movant,<br><br>v.<br><br>KURT DOUGLAS FRITZ, and WENDLOLYN M. DOUGLAS, and SCOTT F WATERMAN, Trustee,<br>    Respondents. | Bankruptcy No. 25-10081-pmm<br><br>Chapter 13 |

CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on February 17, 2025, I served copies of Movant Servbank, SB Servicer for TLYNX WHOLE LOAN AQN LLC's Objection to Confirmation to the Debtor's Chapter 13 Plan filed February 5, 2025 upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| **Kurt Douglass Fritz**<br>**Wendlolyn M. Douglass**<br>119 Ardmore Ave<br>Reading, PA 19607-1003 | **MICHAEL A. CIBIK**<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 |

Service via Electronic Notification:

| | |
|---|---|
| **SCOTT F. WATERMAN [Chapter 13]**<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | **United States Trustee**<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

*Counsel for Servbank, SB Servicer for LYNX WHOLE LOAN AQN LLC*