R sUNITED STATES BANKRUPTCY COURT
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kurt Douglass Fritz and
Wendlolyn M. Douglass,                              :
                                                        :       Chapter 13
                                                        :
                Debtor                          :
                                                        :       Bky. No. 25-10081 (PMM)

# <u>O R D E R</u>

       **AND NOW,** upon consideration of the Debtors' Motion to Extend the Automatic Stay (doc. #6, the "Motion");

       AND for the reasons stated at the hearing held and concluded on February 18, 2025;

       It is hereby **ORDERED** that:

1) The Motion is **granted to the extent that it seeks to impose the automatic stay pursuant to 11 U.S.C. §105**; and

2) The automatic stay is imposed with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed.R. Bankr. P. 4001(a).

Date:  2/18/25

                                                        **PATRICIA M. MAYER**
                                                        **U.S. BANKRUPTCY JUDGE**