United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-10081-pmm
Kurt Douglass Fritz  Chapter 13
Wendlolyn M. Douglass
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Feb 18, 2025      Form ID: pdf900      Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Kurt Douglass Fritz, Wendlolyn M. Douglass, 119 Ardmore Ave, Reading, PA 19607-1003 |
| cr | + | Servbank, SB Servicer for TLYNX WHOLE LOAN AQN LLC, Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219 UNITED STATES 15219-4430 |
| 14966734 | | Allied First Bank, DBA Servbank, 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| 14966743 | | Township of Cumru, 1775 Welsh Rd, Mohnton, PA 19540-8803 |
| 14966745 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 19 2025 03:33:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 19 2025 03:34:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14966736 | | Email/Text: EBN@brockandscott.com | Feb 19 2025 03:33:00 | Brock and Scott PLLC, 2011 Renaissance Blvd Ste 100, Kng of Prussa, PA 19406-2782 |
| 14966735 | | Email/Text: taxclaim@countyofberks.com | Feb 19 2025 03:33:00 | Berks County Tax Claim Bureau, 633 Court St Fl 2, Reading, PA 19601-3552 |
| 14966737 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 19 2025 04:01:36 | Capital One Financial Corp., Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 14971223 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 19 2025 03:40:20 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14966738 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 19 2025 03:33:00 | Comenity Capital Bank, Attn: Bankruptcy, 12921 S Vista Station Blvd, Draper, UT 84020-2377 |
| 14966739 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 19 2025 03:33:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14969162 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2025 03:40:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14966740 | | Email/Text: fesbank@attorneygeneral.gov | Feb 19 2025 03:33:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14966741 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 19 2025 03:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14966742 | ^ | MEBN | Feb 19 2025 03:30:52 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14966744 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Feb 18, 2025 | Form ID: pdf900 | Total Noticed: 18

| | Feb 19 2025 03:34:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2025   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KERI P EBECK | on behalf of Creditor Servbank  SB Servicer for TLYNX WHOLE LOAN AQN LLC kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor Kurt Douglass Fritz help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Wendlolyn M. Douglass help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

R sUNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kurt Douglass Fritz and
Wendlolyn M. Douglass,                    :
                                          :        Chapter 13
                                          :
            Debtor                        :
                                          :        Bky. No. 25-10081 (PMM)

# O R D E R

AND NOW, upon consideration of the Debtors' Motion to Extend the Automatic Stay (doc. #6, the "Motion");

AND for the reasons stated at the hearing held and concluded on February 18, 2025;

It is hereby **ORDERED** that:

1) The Motion is **granted to the extent that it seeks to impose the automatic stay pursuant to 11 U.S.C. §105**; and

2) The automatic stay is imposed with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed.R. Bankr. P. 4001(a).

Date:  2/18/25

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE