# Earnings Statement

**ADP**

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

Period Beginning: 12/15/2024
Period Ending: 12/21/2024
Pay Date: 12/27/2024

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0

KURT D FRITZ
119 ARDMORE AVENUE
READING PA 19607

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2307.70 | | 2,307.70 | 118,581.76 |
| Holiday | | | | 923.08 |
| Retroactive | | | | 253.86 |
| Vacation | | | | 3,666.93 |
| **Gross Pay** | | | **$2,307.70** | 123,425.63 |

**Important Notes**
BASIS OF PAY: SALARY

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -374.79 | 20,387.41 |
| | Social Security Tax | -138.54 | 7,434.21 |
| | Medicare Tax | -32.40 | 1,738.65 |
| | PA State Income Tax | -68.60 | 3,681.08 |
| | Reading City Income Tax | -22.35 | 1,199.15 |
| | PA SUI Tax | -1.62 | 86.40 |
| | **Other** | | |
| | Ems Tax | -1.00 | 52.00 |
| | Health Ins | -73.17* | 3,518.96 |
| | **Net Pay** | **$1,595.23** | |
| | Checking 1 | -1,595.23 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,234.53

© 2000 ADP, Inc.

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

**Advice number:** 00000520052
Pay date: 12/27/2024



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **KURT D FRITZ** | xxxxx8695 | xxxx xxxx | $1,595.23 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

Period Beginning: 12/15/2024
Period Ending: 12/21/2024
Pay Date: 12/27/2024

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0

**KURT D FRITZ
119 ARDMORE AVENUE
READING PA 19607**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Bonus | | | 15,000.00 | 15,000.00 |
| Regular | | | | 118,581.76 |
| Holiday | | | | 923.08 |
| Retroactive | | | | 253.86 |
| Vacation | | | | 3,666.93 |
| **Gross Pay** | | | **$15,000.00** | 138,425.63 |

**Important Notes**
BASIS OF PAY: SALARY

**Deductions**

Statutory
| | this period | year to date |
|---|---|---|
| Federal Income Tax | -3,300.00 | 23,687.41 |
| Social Security Tax | -930.00 | 8,364.21 |
| Medicare Tax | -217.50 | 1,956.15 |
| PA State Income Tax | -460.50 | 4,141.58 |
| Reading City Income Tax | -150.00 | 1,349.15 |
| PA SUI Tax | -10.50 | 96.90 |

Other
| | | |
|---|---|---|
| Ems Tax | | 52.00 |
| Health Ins | | 3,518.96 |

| **Net Pay** | **$9,931.50** |
|---|---|
| Checking 1 | -9,931.50 |
| **Net Check** | **$0.00** |

Your federal taxable wages this period are $15,000.00

© 2000 ADP, Inc.

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

**Advice number:** 00000520053
Pay date: 12/27/2024


THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **KURT D FRITZ** | xxxxx8695 | xxxx xxxx | $9,931.50 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

Period Beginning: 12/08/2024
Period Ending: 12/14/2024
Pay Date: 12/20/2024

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0

**KURT D FRITZ
119 ARDMORE AVENUE
READING PA 19607**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 57.6925 | 40.00 | 2,907.70 | 116,274.06 |
| Holiday | | | | 923.08 |
| Retroactive | | | | 253.86 |
| Vacation | | | | 3,666.93 |
| **Gross Pay** | | | **$2,907.70** | 121,117.93 |

**Important Notes**
BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -518.79 | 20,012.62 |
| | Social Security Tax | -175.74 | 7,295.67 |
| | Medicare Tax | -41.10 | 1,706.25 |
| | PA State Income Tax | -87.02 | 3,612.48 |
| | Reading City Income Tax | -28.35 | 1,176.80 |
| | PA SUI Tax | -2.03 | 84.78 |
| | **Other** | | |
| | Ems Tax | -1.00 | 51.00 |
| | Health Ins | -73.17* | 3,445.79 |
| **Net Pay** | | **$1,980.50** | |
| Checking 1 | | -1,980.50 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,834.53

© 2000 ADP, Inc.

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

**Advice number:** 00000510027
**Pay date:** 12/20/2024



**Deposited to the account of** | **account number** | **transit ABA** | **amount**
**KURT D FRITZ** | xxxxx8695 | xxxx xxxx | $1,980.50

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

Period Beginning: 12/01/2024
Period Ending: 12/07/2024
Pay Date: 12/13/2024

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0

KURT D FRITZ
119 ARDMORE AVENUE
READING PA 19607

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 57.6925 | 32.00 | 1,846.16 | 113,366.36 |
| Vacation | 57.6925 | 8.00 | 461.54 | 3,666.93 |
| Holiday | | | | 923.08 |
| Retroactive | | | | 253.86 |
| **Gross Pay** | | | **$2,307.70** | 118,210.23 |

**Important Notes**
BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -374.79 | 19,493.83 |
| | Social Security Tax | -138.54 | 7,119.93 |
| | Medicare Tax | -32.41 | 1,665.15 |
| | PA State Income Tax | -68.60 | 3,525.46 |
| | Reading City Income Tax | -22.35 | 1,148.45 |
| | PA SUI Tax | -1.62 | 82.75 |
| | **Other** | | |
| | Ems Tax | -1.00 | 50.00 |
| | Health Ins | -73.17* | 3,372.62 |
| | **Net Pay** | **$1,595.22** | |
| | Checking 1 | -1,595.22 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,234.53

© 2000 ADP, Inc.

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

**Advice number:** 00000500027
Pay date: 12/13/2024

**Deposited to the account of**
**KURT D FRITZ**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8695 | xxxx xxxx | $1,595.22 |



**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

Period Beginning: 11/24/2024
Period Ending: 11/30/2024
Pay Date: 12/06/2024

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 0

KURT D FRITZ
119 ARDMORE AVENUE
READING PA 19607

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 57.6925 | 24.00 | 1,384.62 | 111,520.20 |
| Holiday | 57.6925 | 8.00 | 461.54 | 923.08 |
| Vacation | 57.6925 | 8.00 | 461.54 | 3,205.39 |
| Retroactive | | | | 253.86 |
| **Gross Pay** | | | **$2,307.70** | 115,902.53 |

**Important Notes**
BASIS OF PAY: SALARY

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -374.79 | 19,119.04 |
| Social Security Tax | -138.54 | 6,981.39 |
| Medicare Tax | -32.40 | 1,632.74 |
| PA State Income Tax | -68.60 | 3,456.86 |
| Reading City Income Tax | -22.35 | 1,126.10 |
| PA SUI Tax | -1.61 | 81.13 |

Other
| | | |
|---|---|---|
| Ems Tax | -1.00 | 49.00 |
| Health Ins | -73.17* | 3,299.45 |
| **Net Pay** | **$1,595.24** | |
| Checking 1 | -1,595.24 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,234.53

© 2000 ADP, Inc.

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

Advice number: 00000490027
Pay date: 12/06/2024



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KURT D FRITZ | xxxxx8695 | xxxx xxxx | $1,595.24 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

Period Beginning: 11/17/2024
Period Ending: 11/23/2024
Pay Date: 11/29/2024

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0

**KURT D FRITZ**
**119 ARDMORE AVENUE**
**READING PA 19607**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2307.70 | | 2,307.70 | 110,135.58 |
| Holiday | | | | 461.54 |
| Retroactive | | | | 253.86 |
| Vacation | | | | 2,743.85 |
| **Gross Pay** | | | **$2,307.70** | 113,594.83 |

**Important Notes**
BASIS OF PAY: SALARY

| **Deductions** | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -392.35 | 18,744.25 |
| Social Security Tax | | -143.08 | 6,842.85 |
| Medicare Tax | | -33.46 | 1,600.34 |
| PA State Income Tax | | -70.85 | 3,388.26 |
| Reading City Income Tax | | -23.08 | 1,103.75 |
| PA SUI Tax | | -1.62 | 79.52 |
| **Other** | | | |
| Ems Tax | | -1.00 | 48.00 |
| Health Ins | | | 3,226.28 |
| **Net Pay** | | | **$1,642.26** |
| Checking 1 | | -1,642.26 | |
| **Net Check** | | | **$0.00** |

Your federal taxable wages this period are $2,307.70

© 2000 ADP, Inc.

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

**Advice number:** 00000480027
Pay date: 11/29/2024



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **KURT D FRITZ** | xxxxx8695 | xxxx xxxx | $1,642.26 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

Period Beginning: 11/10/2024
Period Ending: 11/16/2024
Pay Date: 11/22/2024

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0

KURT D FRITZ
119 ARDMORE AVENUE
READING PA 19607

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 57.6925 | 24.00 | 1,384.62 | 107,827.88 |
| Vacation | 57.6925 | 16.00 | 923.08 | 2,743.85 |
| Holiday | | | | 461.54 |
| Retroactive | | | | 253.86 |
| **Gross Pay** | | | **$2,307.70** | 111,287.13 |

**Important Notes**
BASIS OF PAY: SALARY

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -374.79 | 18,351.90 |
| Social Security Tax | -138.54 | 6,699.77 |
| Medicare Tax | -32.40 | 1,566.88 |
| PA State Income Tax | -68.60 | 3,317.41 |
| Reading City Income Tax | -22.35 | 1,080.67 |
| PA SUI Tax | -1.61 | 77.90 |

Other
| | | |
|---|---|---|
| Ems Tax | -1.00 | 47.00 |
| Health Ins | -73.17* | 3,226.28 |

| **Net Pay** | **$1,595.24** |
|---|---|
| Checking 1 | -1,595.24 |
| **Net Check** | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,234.53

© 2000 ADP, Inc.

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

Advice number: 00000470027
Pay date: 11/22/2024



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KURT D FRITZ | xxxxx8695 | xxxx xxxx | $1,595.24 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

Period Beginning: 11/03/2024
Period Ending: 11/09/2024
Pay Date: 11/15/2024

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0

**KURT D FRITZ**
**119 ARDMORE AVENUE**
**READING PA 19607**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 57.6925 | 40.00 | 2,907.70 | 106,443.26 |
| Holiday | | | | 461.54 |
| Retroactive | | | | 253.86 |
| Vacation | | | | 1,820.77 |
| **Gross Pay** | | | **$2,907.70** | 108,979.43 |

**Important Notes**
BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -518.79 | 17,977.11 |
| | Social Security Tax | -175.74 | 6,561.23 |
| | Medicare Tax | -41.10 | 1,534.48 |
| | PA State Income Tax | -87.02 | 3,248.81 |
| | Reading City Income Tax | -28.35 | 1,058.32 |
| | PA SUI Tax | -2.04 | 76.29 |
| | **Other** | | |
| | Ems Tax | -1.00 | 46.00 |
| | Health Ins | -73.17* | 3,153.11 |
| | **Net Pay** | **$1,980.49** | |
| | Checking 1 | -1,980.49 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,834.53

© 2000 ADP, Inc.

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

**Advice number:** 00000460026
Pay date: 11/15/2024



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **KURT D FRITZ** | xxxxx8695 | xxxx xxxx | $1,980.49 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

Period Beginning: 10/27/2024
Period Ending: 11/02/2024
Pay Date: 11/08/2024

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0

**KURT D FRITZ**
**119 ARDMORE AVENUE**
**READING PA 19607**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2307.70 | | 2,307.70 | 103,535.56 |
| Holiday | | | | 461.54 |
| Retroactive | | | | 253.86 |
| Vacation | | | | 1,820.77 |
| **Gross Pay** | | | **$2,307.70** | 106,071.73 |

**Important Notes**
BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -374.79 | 17,458.32 |
| | Social Security Tax | -138.54 | 6,385.49 |
| | Medicare Tax | -32.40 | 1,493.38 |
| | PA State Income Tax | -68.60 | 3,161.79 |
| | Reading City Income Tax | -22.35 | 1,029.97 |
| | PA SUI Tax | -1.62 | 74.25 |
| | **Other** | | |
| | Ems Tax | -1.00 | 45.00 |
| | Health Ins | -73.17* | 3,079.94 |
| | **Net Pay** | **$1,595.23** | |
| | Checking 1 | -1,595.23 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,234.53

© 2000 ADP, Inc.

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

**Advice number:** 00000450027
Pay date: 11/08/2024



**Deposited to the account of**
**KURT D FRITZ**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8695 | xxxx xxxx | $1,595.23 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

Period Beginning: 10/20/2024
Period Ending: 10/26/2024
Pay Date: 11/01/2024

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0

**KURT D FRITZ**
**119 ARDMORE AVENUE**
**READING PA 19607**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2307.70 | | 2,307.70 | 101,227.86 |
| Holiday | | | | 461.54 |
| Retroactive | | | | 253.86 |
| Vacation | | | | 1,820.77 |
| **Gross Pay** | | | **$2,307.70** | 103,764.03 |

**Important Notes**
BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -374.79 | 17,083.53 |
| | Social Security Tax | -138.54 | 6,246.95 |
| | Medicare Tax | -32.40 | 1,460.98 |
| | PA State Income Tax | -68.60 | 3,093.19 |
| | Reading City Income Tax | -22.35 | 1,007.62 |
| | PA SUI Tax | -1.61 | 72.63 |
| | **Other** | | |
| | Ems Tax | -1.00 | 44.00 |
| | Health Ins | -73.17* | 3,006.77 |
| | **Net Pay** | **$1,595.24** | |
| | Checking 1 | -1,595.24 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,234.53

© 2000 ADP, Inc.

UHRIG'S CONSTRUCTION INC
1700 N. 5TH STREET
READING, PA 19601

Advice number: 00000440027
Pay date: 11/01/2024



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **KURT D FRITZ** | xxxxx8695 | xxxx xxxx | $1,595.24 |

**NON-NEGOTIABLE**