**ROBERTSON-RYAN & ASSOCIATES INC**
330 E KILBOURN AVENUE 850
MILWAUKEE WI 53202
(414)271-3575

WENDLOLYN MARIE DOUGLASS
DEPARTMENT: 1000
DD RECEIPT:    1059491571
EMPLOYEE ID: ▮▮▮▮



FEIN: 39-0605130
Pay Period   12/01/2024  -  12/15/2024
Pay Date     12/13/2024

**FITWH**    **Filing Status: S**
**PA**       **Filing Status: S  Exemptions: 0**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | 38.46 | 22.50 | 865.35 | 22.50 | 10,240.35 |
| PTO | 38.46 | 24.76 | 952.27 | 28.76 | 952.27 |
| **Total** | | 47.26 | **$1,817.62** | 51.26 | **$11,192.62** |
| **Total Hours Worked** | | 22.50 | | 22.50 | |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| PTO | | | 0.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 135.45 | 1,178.07 |
| MED | 26.36 | 162.29 |
| SOC | 112.69 | 693.94 |
| PA | 55.80 | 343.62 |
| PAEUC | 1.27 | 7.84 |
| **Total** | **$331.57** | **$2,385.76** |

| **Net Pay** | **XXXXXX8695** | **$1,486.05** |
|---|---|---|

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ROBERTSON-RYAN & ASSOCIATES INC**
330 E KILBOURN AVENUE 850
MILWAUKEE WI 53202

Direct Deposit #  1059491571
Date      12/13/2024

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T ** | VOID ** VOID ** |
|---|---|

1000    DD

DIRECT DEPOSIT $1,486.05
TO ACCOUNT #   XXXXXX8695
BANK #         XXXXXX8092

Pay to the
Order of

**WENDLOLYN MARIE DOUGLASS**
119 ARDMORE AVE
READING PA 19607

**N O N - N E G O T I A B L E**

**ROBERTSON-RYAN & ASSOCIATES INC**
330 E KILBOURN AVENUE 850
MILWAUKEE WI 53202
(414)271-3575

**WENDLOLYN MARIE DOUGLASS**
DEPARTMENT: 1000
DD RECEIPT:    1058971703
EMPLOYEE ID: ▮▮▮▮



FEIN: 39-0605130
Pay Period   11/16/2024  -  11/30/2024
Pay Date    11/29/2024

**FITWH**    **Filing Status: S**
**PA**    **Filing Status: S  Exemptions: 0**

### Earnings

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | | 3,125.00 | | 9,375.00 |
| PTO | | | | 4.00 | |
| **Total** | | | **$3,125.00** | **4.00** | **$9,375.00** |
| **Total Hours Worked** | | | | | |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| PTO | | | 17.57 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 347.54 | 1,042.62 |
| MED | 45.31 | 135.93 |
| SOC | 193.75 | 581.25 |
| PA | 95.94 | 287.82 |
| PAEUC | 2.19 | 6.57 |
| **Total** | **$684.73** | **$2,054.19** |

**Net Pay**    **XXXXXX8695**    $2,440.27

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ROBERTSON-RYAN & ASSOCIATES INC**
330 E KILBOURN AVENUE 850
MILWAUKEE WI 53202

Direct Deposit #  1058971703
Date    11/29/2024

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **    VOID ** VOID **

1000    DD

DIRECT DEPOSIT $2,440.27
TO ACCOUNT #   XXXXXX8695
BANK #    XXXXXX8092

Pay to the
Order of    **WENDLOLYN MARIE DOUGLASS**
119 ARDMORE AVE
READING PA 19607

**N O N - N E G O T I A B L E**

**ROBERTSON-RYAN & ASSOCIATES INC**
330 E KILBOURN AVENUE 850
MILWAUKEE WI 53202
(414)271-3575

**WENDLOLYN MARIE DOUGLASS**
DEPARTMENT: 1000
DD RECEIPT:    1058692242
EMPLOYEE ID: ▇▇▇



FEIN:  39-0605130
Pay Period   11/01/2024  -  11/15/2024
Pay Date     11/15/2024

FITWH      Filing Status: S
PA         Filing Status: S  Exemptions: 0

### Earnings

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | | 3,125.00 | | 6,250.00 |
| PTO | | | | 4.00 | |
| **Total** | | | **$3,125.00** | **4.00** | **$6,250.00** |
| Total Hours Worked | | | | | |

### Time Off (hours)

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| PTO | | | 10.38 |

### Taxes

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 347.54 | 695.08 |
| MED | 45.31 | 90.62 |
| SOC | 193.75 | 387.50 |
| PA | 95.94 | 191.88 |
| PAEUC | 2.19 | 4.38 |
| **Total** | **$684.73** | **$1,369.46** |

| Net Pay | XXXXXX8695 | $2,440.27 |
|---|---|---|

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ROBERTSON-RYAN & ASSOCIATES INC**
330 E KILBOURN AVENUE 850
MILWAUKEE WI 53202

Direct Deposit #  1058692242
Date       11/15/2024

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T ** | VOID ** VOID ** |
|---|---|

1000    DD

DIRECT DEPOSIT $2,440.27
TO ACCOUNT #    XXXXXX8695
BANK #          XXXXXX8092

Pay to the
Order of

**WENDLOLYN MARIE DOUGLASS**
119 ARDMORE AVE
READING PA 19607

**N O N - N E G O T I A B L E**