UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Kurt Douglass Fritz<br>    Wendlolyn M. Douglass<br><br>                  Debtors | Chapter 13<br>Bankruptcy No.25-10081-PMM |

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 30th day of April, 2025, by first class mail upon those listed below:

Kurt Douglass Fritz
Wendlolyn M. Douglass
119 Ardmore Ave
Reading, PA  19607-1003

**Electronically via CM/ECF System Only:**

CIBIK LAW, PC
% MICHAEL A CIBIK ESQ
1500 WALNUT STREET STE 900
PHILADELPHIA, PA  19102

 

                                                */s/ Kristen Gliem*
                                                Kristen Gliem
                                                for
                                                Scott F. Waterman, Esquire
                                                Standing Chapter 13 Trustee