**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Reading Division**

| | |
|---|---|
| Kurt Douglass Fritz and<br>Wendlolyn M. Douglass,<br><br>　　　　　　　　　　Debtors. | Case No. 25-10081-PMM<br>Chapter 13 |

**Certificate of Service**

I certify that on this date I served a true and correct copy of the Debtor's First Amended Chapter 13 Plan on the following parties through the CM/ECF system and by first class mail:

U.S. Trustee (CM/ECF)

Scott F. Waterman (CM/ECF)

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Servbank, SB
3138 E Elwood St
Phoenix, AZ 85034

Township of Cumru
1775 Welsh Rd
Mohnton, PA 19540–8803

Date: May 12, 2025

　　　　　　　　　　　　　　　　　　/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com