IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> KURT DOUGLASS FRITZ <br> WENDLOLYN M. DOUGLASS <br>         Debtors, <br><br> SERVBANK, SB <br>         Movant, <br><br>     v. <br><br> KURT DOUGLASS FRITZ, and <br> WENDLOLYN M. DOUGLASS, and <br> SCOTT F. WATERMAN, Trustee, <br>         Respondents. | Bankruptcy No.  25-10081-pmm <br><br> Chapter 13 |

ORDER OF COURT

AND NOW, this _____ day of _____, 2025, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED that:

- Relief from the Automatic Stay is granted to Servbank, SB as to its interest in the real property known as 119 Ardmore Avenue, Reading, Pennsylvania 19607.

It is further ORDERED that Rule 4001(a)(3) is hereby waived.

BY THE COURT:

_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge