IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>KURT DOUGLASS FRITZ<br>WENDLOLYN M. DOUGLASS<br>      Debtors,<br><br>SERVBANK, SB<br>      Movant,<br><br>  v.<br><br>KURT DOUGLASS FRITZ, and<br>WENDLOLYN M. DOUGLASS, and<br>SCOTT F. WATERMAN, Trustee,<br>      Respondents. | Bankruptcy No. 25-10081-pmm<br><br>Chapter 13 |

NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

    Servbank, SB has filed a Motion for Relief from the Automatic Stay with the Court to lift the automatic stay regarding the property known 119 Ardmore Avenue, Reading, Pennsylvania 19607.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before  ___*June 2, 2025*___ , you or your attorney must do **all** of the following:

    (a)  file an answer explaining your position at:

        Clerk, United States Bankruptcy Court
        Eastern District of Pennsylvania
        The Gateway Building
        201 Penn Street, Suite 103
        Reading, PA 19601

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the movant's attorneys:

        Keri P. Ebeck, Esquire
        Bernstein-Burkley, P.C.
        601 Grant Street, 9th Floor
        Pittsburgh, PA  15219

      2.  If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.  A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on  ***June 10, 2025 10:00 a.m.,*** 4th Floor United States Bankruptcy Court, 201 Penn Street, Suite 103, Reading, PA 19601.

      4.   If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.  You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By:/s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 912987
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-8112
Fax: (412) 456-8135

*Counsel for Servbank, SB*

Dated: May 19, 2025