# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Reading Division

| | |
|---|---|
| Kurt Douglass Fritz and Wendlolyn M. Douglass,<br>　　　　　　　　　　　　Debtors. | Case No. 25-10081-PMM<br>Chapter 13 |

## Debtors' Objection to Motion for Relief from Stay

**AND NOW**, Debtors Kurt Douglass Fritz and Wendlolyn M. Douglass, by and through their attorney, hereby object to the Motion for Relief from Stay filed by Servbank, SB.

Date: May 28, 2025

　　　　　　　　　　　　　　　　　　CIBIK LAW, P.C.
　　　　　　　　　　　　　　　　　　*Counsel for Debtor*

　　　　　　　　　　　　　　　　　　By: /s/ Michael A. Cibik
　　　　　　　　　　　　　　　　　　　　Michael A. Cibik (#23110)
　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　mail@cibiklaw.com

## Certificate of Service

　　　I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by Servbank, SB to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: May 28, 2025　　　　　　　　　　　　　/s/ Michael A. Cibik
　　　　　　　　　　　　　　　　　　　　　Michael A. Cibik