IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>KURT DOUGLASS FRITZ<br>WENDLOLYN M. DOUGLASS<br>      Debtors,<br><br>SERVBANK, SB<br>      Movant,<br><br>    v.<br><br>KURT DOUGLASS FRITZ, and<br>WENDLOLYN M. DOUGLASS, and<br>SCOTT F. WATERMAN, Trustee,<br>      Respondents. | Bankruptcy No. 25-10081-pmm<br><br>Chapter 13 |

## PRAECIPE TO RELIST HEARING ON THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, Servbank, SB (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and files this *Praecipe to Relist Hearing the Motion for Relief from the Automatic Stay* (the "Praecipe"), stating as follows:

1. On May 19, 2025, Movant filed a Motion for Relief from the Automatic Stay at Docket No. 43.

2. On May 19, 2025, a Hearing was set on the Motion for Relief from the Automatic Stay. The Hearing was scheduled for June 10, 2025.

3. On June 10, 2025, the matter was marked as settled and a stipulation to resolve Motion for Relief from the Automatic Stay was to be filed.

### RELIEF REQUESTED

4. Movant now requests that this Honorable Court relist the hearing on the Motion for Relief from the Automatic Stay for August 19, 2025, at 10:00 a.m.

                                                                     Respectfully submitted,

                                                                      BERNSTEIN-BURKLEY, P.C.

                                                                      By: <u>/s/ Keri P. Ebeck</u>
                                                                      Keri P. Ebeck, Esq.
                                                                      PA I.D. #91298
                                                                      [kebeck@bernsteinlaw.com](mailto:kebeck@bernsteinlaw.com)
                                                                      601 Grant Street, 9th Floor
                                                                      Pittsburgh, PA 15219
                                                                      Phone (412) 456-8112
                                                                      Fax: (412) 456-8135

                                                                   *Counsel for Movant*

Dated: July 11, 2025