IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No.  25-10081-pmm |
| KURT DOUGLASS FRITZ<br>WENDLOLYN M. DOUGLASS,<br>　　　　　Debtors, | Chapter 13 |
| SERVBANK, SB<br>　　　　　　Movant, | |
| 　　v. | |
| KURT DOUGLASS FRITZ, and<br>WENDLOLYN M. DOUGLASS, and<br>SCOTT F. WATERMAN, Trustee,<br>　　　　Respondents. | |

NOTICE OF HEARING DATE

Servbank, SB has filed a Praecipe to Relist Hearing on the Motion for Relief from the Automatic Stay filed on May 19, 2025, at Docket No. 43.

A hearing on the Motion for Relief from Automatic Stay is scheduled to be held before the Honorable Patricia M. Mayer on **August 19, 2025, at 10:00 a.m.** in **Courtroom 4th Floor**, United States Bankruptcy Court, 201 Penn Street, Reading, PA 19601.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112

*Counsel for Movant*