IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>KURT DOUGLASS FRITZ<br>WENDLOLYN M. DOUGLASS<br>     Debtors,<br><br>SERVBANK, SB<br>     Movant,<br><br>     v.<br><br>KURT DOUGLASS FRITZ, and<br>WENDLOLYN M. DOUGLASS, and<br>SCOTT F. WATERMAN, Trustee,<br>     Respondents. | Bankruptcy No.  25-10081-pmm<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that July 11, 2025, I served a copy of the Praecipe to Relist Hearing on the Motion For Relief From The Automatic Stay and Notice of Hearing by electronic mail at the following addresses and service by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Kurt Douglass Fritz<br>Wendlolyn M. Douglass<br>119 Ardmore Ave<br>Reading, PA 19607-1003 | MICHAEL A. CIBIK<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 |

SERVICE BY ELECTRONIC NOTIFICATION

| | |
|---|---|
| SCOTT F. WATERMAN [Chapter 13]<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135