# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: § § § § § | CASE NO. 25-10081 |
| KURT DOUGLASS FRITZ | |
| WENDLOLYN M DOUGLASS | |
| DEBTORS | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Servbank, N.A. | Servbank, SB |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Servbank, N.A.**
**3138 E Elwood St**
**Phoenix, Arizona 85034**

Court Claim # (if known): 5-1
Amount of Claim: $377,884.78
Date Claim Filed: 2/25/2025

Phone: **866-867-0330**
Last Four Digits of Acct #: **xxxxxx2698**

Phone: 866-867-0330
Last Four Digits of Acct.# xxxxxx**2698**

Name and Address where transferee payments should be sent (if different from above):

**Servbank, N.A.**
**ATTN: Cashiering**
**3138 E Elwood St**
**Phoenix, Arizona 85034**

Phone: **866-867-0330**
Last Four Digits of Acct #: **xxxxxx2698**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Craig A. Edelman       Date: 7/29/2025
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before August 4, 2025 via U.S Mail. All other parties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor**         *Via U.S. Mail*
Kurt Douglass Fritz
119 Ardmore Ave
Reading, PA 19607-1003

**Debtor**         *Via U.S. Mail*
Wendlolyn M Douglass
119 Ardmore Ave
Reading, PA 19607-1003

Respectfully Submitted,

/s/ Craig A. Edelman
Craig A. Edelman