IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>KURT DOUGLASS FRITZ<br>WENDLOLYN M. DOUGLASS<br>         Debtors,<br><br>SERVBANK, SB<br>         Movant,<br><br>    v.<br><br>KURT DOUGLASS FRITZ, and<br>WENDLOLYN M. DOUGLASS, and<br>SCOTT F. WATERMAN, Trustee,<br>         Respondents. | Bankruptcy No. 25-10081-pmm<br><br>Chapter 13 |

ORDER OF COURT

AND NOW, this ___ day of _____, 2025, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge