United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10081-pmm |
| Kurt Douglass Fritz | Chapter 13 |
| Wendlolyn M. Douglass | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2

Date Rcvd: Aug 12, 2025      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Kurt Douglass Fritz, Wendlolyn M. Douglass, 119 Ardmore Ave, Reading, PA 19607-1003 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KERI P EBECK | on behalf of Creditor Servbank SB kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| KERI P EBECK | on behalf of Creditor Servbank SB Servicer for TLYNX WHOLE LOAN AQN LLC kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor Kurt Douglass Fritz help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Wendlolyn M. Douglass help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 12, 2025 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee
              USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 25-10081-pmm |
|---|---|
| KURT DOUGLASS FRITZ<br>WENDLOLYN M. DOUGLASS<br>　　　　Debtors,<br><br>SERVBANK, SB<br>　　　　Movant,<br><br>　　v.<br><br>KURT DOUGLASS FRITZ, and<br>WENDLOLYN M. DOUGLASS, and<br>SCOTT F. WATERMAN, Trustee,<br>　　　　Respondents. | Chapter 13 |

ORDER OF COURT

AND NOW, this **12th** day of  August  , 2025, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

*Patricia M. Mayer*

Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge