| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 25-10081-PMM

Kurt Douglass Fritz  
Wendlolyn M. Douglass  
119 Ardmore Ave  
Reading  PA   19607-1003

Petition Filed Date: 01/08/2025  
341 Hearing Date: 03/11/2025  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/07/2025 | $555.23 | 3837 | 03/07/2025 | $555.23 | 3836 | 03/19/2025 | $555.23 | 3840 |
| 03/19/2025 | $555.23 | 3841 | 04/01/2025 | $555.23 | 3843 | 04/01/2025 | $555.23 | 3842 |
| 04/16/2025 | $555.23 | 45465 | 04/16/2025 | $555.23 | 45466 | 04/30/2025 | $555.23 | 45526 |
| 04/30/2025 | $555.23 | 45527 | 05/13/2025 | $555.23 | 45594 | 05/13/2025 | $555.23 | 45595 |
| 06/03/2025 | $555.23 | 45663 | 06/03/2025 | $555.23 | 45664 | 06/03/2025 | $555.23 | 45665 |
| 06/24/2025 | $620.17 | 45768 | 06/24/2025 | $620.17 | 45769 | 07/08/2025 | $620.17 | 45835 |
| 07/08/2025 | $620.17 | 45836 | 07/15/2025 | $620.17 | 45863 | 07/15/2025 | $620.17 | 45862 |
| 07/29/2025 | $620.17 | 45919 | 07/29/2025 | $620.17 | 45920 | | | |

**Total Receipts for the Period: $13,289.81   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $16,390.66**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $3,425.00 | $0.00 | $3,425.00 |
| 1 | LVNV FUNDING LLC<br>»»  001 | Unsecured Creditors | $7,076.93 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $428.24 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»»  003 | Unsecured Creditors | $2,732.06 | $0.00 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»»  04P | Priority Crediors | $2,325.68 | $0.00 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»»  04U | Unsecured Creditors | $528.65 | $0.00 | $0.00 |
| 6 | SERVBANK SB<br>»»  005 | Mortgage Arrears | $115,261.00 | $0.00 | $0.00 |
| 7 | TOWNSHIP OF CUMRU - SEWER<br>»»  006 | Secured Creditors | $8,409.85 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»»  007 | Unsecured Creditors | $947.90 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT INC<br>»»  008 | Unsecured Creditors | $886.25 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-10081-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,390.66 | Current Monthly Payment: | $2,680.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($577.44) |
| Paid to Trustee: | $979.25 | Total Plan Base: | $157,853.22 |
| Funds on Hand: | $15,411.41 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.