IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 25-10081-pmm |
|---|---|
| KURT DOUGLASS FRITZ<br>WENDLOLYN M. DOUGLASS<br>  Debtors,<br><br>SERVBANK, SB<br>  Movant,<br><br> v.<br><br>KURT DOUGLASS FRITZ, and<br>WENDLOLYN M. DOUGLASS, and<br>SCOTT F. WATERMAN, Trustee,<br>  Respondents. | Chapter 13 |

**PRAECIPE TO WITHDRAW MOVANT'S OBJECTON TO CONFIRMATION OF PLAN**

TO THE CLERK OF COURTS:

 Kindly withdraw the *Movant's Objection to Confirmation of Plan* filed on behalf of Servbank, SB Servicer for TLYNX WHOLE LOAN AQN LLC on February 17, 2025, at Document No. 26.

Dated: September 18, 2025

               Respectfully submitted,

               By: /s/ Keri P. Ebeck
               Keri P. Ebeck
               PA I.D. # 91298
               kebeck@bernsteinlaw.com
               601 Grant Street, 9th Floor
               Pittsburgh, PA 15219
               412-456-8112
               Fax: 412-456-8135