IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>KURT DOUGLASS FRITZ<br>WENDLOLYN M. DOUGLASS<br>      Debtors,<br><br>SERVBANK, N.A.<br>      Movant,<br><br>   v.<br><br>KURT DOUGLASS FRITZ, and<br>WENDLOLYN M. DOUGLASS, and<br>SCOTT F. WATERMAN, Trustee,<br>      Respondents. | Bankruptcy No.  25-10081-pmm<br><br>Chapter 13 |

**CERTIFICATION OF DEFAULT OF STIPULATION RESOLVING**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

1.    Servbank, N.A. (the "Movant") filed a *Stipulation to Resolve the Motion for Relief from Automatic Stay RE: 119 Ardmore Avenue, Reading, PA 19607* (the "Stipulation") in the above captioned case on August 7, 2025, at Document No. 62; the Order Approving the Stipulation was docketed at Document No. 64.  A true and correct copy of the Order is attached hereto as **Exhibit A**.

2.    The Stipulated Order states:

> As of the date of this Stipulation, the Debtors are in default of their post-petition payment obligations to Movant in the amount of $13,898.76, which includes $350.00 in Bankruptcy fees and $199.00 in Bankruptcy cost. 3. Debtors will cure the remaining post-petition arrears: Case 25-10081-pmm Doc 62 Filed 08/07/25 Entered 08/07/25 23:10:58 Desc Main Document Page 1 of 3 a. By adding $2,316.46 to each monthly payment to Movant starting with the August 1, 2025, post-petition payment until the post-petition arrears are cured, as outlined in paragraph 3c. b. Starting August 1, 2025, the Debtors shall, timely, make all future post☐petition monthly payments to Movant pursuant to the terms of the Note. c. The stipulated cure payments and due dates will be as follows: August 1, 2025 $2,316.46 September 1, 2025 $2,316.46 October 1, 2025 $2,316.46 November 1, 2025 $2,316.46 December 1, 2025 $2,316.46 January 1, 2026 $2,316.46.

3.    Since the entry of the Order Approving the Stipulation to Resolve the Motion for Relief from Stay, a total of $13,624.26 became due through November 5, 2025, of which $0.00 has been paid.  A

delinquency of $27,248.52 remained as of January 7, 2026. A payment history as of January 7, 2026, is attached, hereto as **Exhibit B**.

    4.    Movant notified the Debtor and Debtor's counsel of the default by letter dated November 5, 2025. The Notice of Default letter is attached hereto as **Exhibit C**.

    5.    Movant is entitled to relief from the automatic stay without further hearings because Debtor has failed to cure the delinquency, therefore failing to comply with the terms of the Stipulation to Resolve the Motion for Relief from Automatic Stay.

WHEREFORE, Movant requests that this Honorable Court enters the attached Order granting Movant relief from the automatic stay.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.
By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel for Servbank, N.A.*

Dated: January 22, 2026