IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 25-10081-pmm |
|---|---|
| KURT DOUGLASS FRITZ<br>WENDLOLYN M. DOUGLASS<br>        Debtors,<br><br>SERVBANK, SB<br>        Movant,<br><br>    v.<br><br>KURT DOUGLASS FRITZ, and<br>WENDLOLYN M. DOUGLASS, and<br>SCOTT F. WATERMAN, Trustee,<br>        Respondents. | Chapter 13 |

ORDER OF COURT

AND NOW, this **12th** day of __August__, 2025, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

*Patricia M. Mayer*
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge