| NBS File | 2225-N-8937 | TOTAL DUE UNDER AO TO DATE | $ 27,248.52 | TOTAL RECEIVED | $ - | BALANCE DUE | $ 27,248.52 | Admin: | JJ6 |
|---|---|---|---|---|---|---|---|---|---|

**AGREED ORDER TERMS:** Post Petition start date per AO: 8/1/2025

| Regular Payments | | Stipulation Payments | | Fees | | Payments Received | | | |
|---|---|---|---|---|---|---|---|---|---|
| Due Date | Amount | Due Date | Amount | Due Date | Amount | Date | Amount | | Outstanding |
| 8/1/2025 | $ 2,224.96 | 8/1/2025 | $ 2,316.46 | | | | | | $ 4,541.42 |
| 9/1/2025 | $ 2,224.96 | 9/1/2025 | $ 2,316.46 | | | | | | $ 9,082.84 |
| 10/1/2025 | $ 2,224.96 | 10/1/2025 | $ 2,316.46 | | | | | | $ 13,624.26 |
| 11/1/2025 | $ 2,224.96 | 11/1/2025 | $ 2,316.46 | | | | | | $ 18,165.68 |
| 12/1/2025 | $ 2,224.96 | 12/1/2025 | $ 2,316.46 | | | | | | $ 22,707.10 |
| 1/1/2026 | $ 2,224.96 | 1/1/2026 | $ 2,316.46 | | | | | | $ 27,248.52 |
| | | | | | | | | | $ 27,248.52 |
| | | | | | | | | | $ 27,248.52 |
| | | | | | | | | | $ 27,248.52 |
| | | | | | | | | | $ 27,248.52 |
| | | | | | | | | | $ 27,248.52 |
| Regular Total | $ 13,349.76 | Stip Total | $ 13,898.76 | LC Total | $ - | Rcvd Total: | 0.00 | | $ 27,248.52 |