# National Bankruptcy Services, LLC

14841 Dallas Parkway, Suite 300 ♦ Dallas, Texas 75254 ♦ (972) 643-6600 ♦ (972) 643-6698 (Fax)

November 5, 2025



Michael A. Cibik
Cibik Law, P.c.
1500 Walnut Street Suite 900
Philadelphia, PA 19102

SENT REGULAR PRE-PAID AND CERTIFIED MAIL RRR# 7022 3330 0000 9785 5651

RE:   Creditor:        Servbank, N.A.
      Debtor(s):       Kurt Douglass Fritz and Wendlolyn M Douglass
      Case No.:        25-10081-PMM
      Loan No.:        xxxxxx2698
      Alt. Ref. No.
      Our File No.:    2225-N-8937
      Collateral:      119 Ardmore Ave, Reading, Pennsylvania  19607

## NOTICE OF DEFAULT

We are the authorized agent for the above-referenced secured creditor in this proceeding.

An Order was entered in the above-referenced bankruptcy proceeding. According to our client's records, non-compliance with the requirements of the Order has now occurred. Pursuant to the terms of that Order, we are providing our client's Notice of Default to you.

To cure the default, $13,624.26 must be <u>received</u> in our office in the form of a cashier's check or money order made payable to Servbank, N.A. no later than 5:00 p.m. on December 5, 2025 An additional three (3) days will be allowed for mailing time. The amount to be paid represents the following delinquent payments:

| | |
|---|---:|
| **Total Due Per Agreed Order through November 05, 2025** | $13,624.26 |
| **Total Received from Debtor(s) through November 05, 2025** | $0.00 |
| **Total Past Due through November 05, 2025** | $13,624.26 |

If you possess evidence which demonstrates that our client has <u>received</u> the delinquent payments noted above, please contact your attorney.

Our office address is: 14841 Dallas Parkway, Suite 350, Dallas, Texas 75254.

In the event the default is not cured within the time frame provided above, with an additional three (3) days allowed for mailing time, we shall complete any remaining pre-conditions that may exist to obtain relief from the automatic stay, and thereafter our client shall consider the stay terminated and shall be free to pursue its contractual and statutory rights, including, but not limited to the initiation of foreclosure proceedings of the above-referenced collateral.

**\*\*Reminder:**   The November 1, 2025, regular payment of $2,224.96 and the arrearage payment of $2,316.46 are due on or before November 15, 2025, or will be past due.

You have thirty (30) days from the day you receive this letter to dispute all or part of the debt. If you notify us in writing that all or part of the debt is disputed, we will provide you with a verification of the debt by mail. Unless you dispute all or part of the debt in writing within this period of time, we will assume the debt

NOTICE OF DEFAULT-NBS

1

2225-N-8937

is valid. If the creditor named above is different from the original creditor on this debt, we will provide you with the name and address of the original creditor by mail if you request this in writing within thirty (30) days from the date you receive this letter. This is an attempt to collect a debt by a debt collector and any information we obtain will be used for that purpose.

                          Very truly yours,

                          *Chandra D. Pryor*
                          Hilary B. Bonial
                          Braden P. Barnes
                          Chandra D. Pryor

cc:     Trustee
        Scott F. Waterman
        2901 Saint Lawrence Ave., Suite 100
        Reading, Pennsylvania 19606

        Debtor
        Kurt Fritz & Wendlolyn Douglass
        119 Ardmore Ave
        Reading, PA 19607-1003
        SENT REGULAR PRE-PAID AND CERTIFIED MAIL RRR# 7022 3330 0000 9785 5644

        Debtor's Attorney
        Michael A. Cibik
        Cibik Law, P.c.
        1500 Walnut Street Suite 900
        Philadelphia, PA 19102

        Servbank, N.A.
        3138 E Elwood St
        Phoenix, AZ 85034

NOTICE OF DEFAULT-NBS

                                                  2225-N-8937

| NBS File | TOTAL DUE UNDER AO TO DATE | TOTAL RECEIVED | BALANCE DUE | Admin: |
|---|---|---|---|---|
| 2225-N-8937 | $ 13,624.26 | $ - | $ 13,624.26 | JJ6 |

**AGREED ORDER TERMS:**

Post Petition start date per AO: 8/1/2025

| Regular Payments | | Stipulation Payments | | Fees | | Payments Received | | Outstanding |
|---|---|---|---|---|---|---|---|---|
| Due Date | Amount | Due Date | Amount | Due Date | Amount | Date | Amount | |
| 8/1/2025 | $ 2,224.96 | 8/1/2025 | $ 2,316.46 | | | | | $ 4,541.42 |
| 9/1/2025 | $ 2,224.96 | 9/1/2025 | $ 2,316.46 | | | | | $ 9,082.84 |
| 10/1/2025 | $ 2,224.96 | 10/1/2025 | $ 2,316.46 | | | | | $ 13,624.26 |
| | | | | | | | | $ 13,624.26 |
| | | | | | | | | $ 13,624.26 |
| | | | | | | | | $ 13,624.26 |
| | | | | | | | | $ 13,624.26 |
| | | | | | | | | $ 13,624.26 |
| | | | | | | | | $ 13,624.26 |
| | | | | | | | | $ 13,624.26 |
| Regular Total $ 6,674.88 | | Stip Total $ 6,949.38 | | LC Total $ - | | Rcvd Total: 0.00 | | $ 13,624.26 |