# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10081-PMM |
| Kurt Douglass Fritz and Wendlolyn M. Douglass, | Chapter 13 |
| Debtors. | Related to ECF No. 72 |

### Debtors' Objection to Certification of Default

Debtors Kurt Douglass Fritz and Wendlolyn M. Douglass, through their attorney, hereby objects to the Certification of Default filed by Servbank, N.A., at ECF No. 72 and asks to be heard by the Court before the entry of a final order.

Date: January 23, 2026

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Michael A. Cibik

Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

### Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by Servbank, N.A. to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: January 23, 2026

/s/ Michael A. Cibik
**Michael A. Cibik**