IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>KURT DOUGLASS FRITZ<br>WENDLOLYN M. DOUGLASS<br>          Debtors,<br><br>SERVBANK, N.A.<br>          Movant,<br><br>     v.<br><br>KURT DOUGLASS FRITZ, and<br>WENDLOLYN M. DOUGLASS, and<br>SCOTT F. WATERMAN, Trustee,<br>          Respondents. | Bankruptcy No. 25-10081-pmm<br><br>Chapter 13 |

**ORDER OF COURT**

AND NOW, this ___ day of _____, 2026, upon consideration of the foregoing *Certification of Default of Stipulation to Resolve the Motion for Relief from Automatic Stay RE: 119 Ardmore Avenue, Reading, PA 19607*, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Servbank, N.A.

**Date: March 12, 2026**                         _____
                                                                  Honorable Patricia M. Mayer
                                                                  United States Bankruptcy Court Judge