UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          Chapter 13

    Kurt Douglass Fritz
    Wendlolyn M. Douglass                      Bankruptcy No. 25-10081-PMM

             Debtors

<u>TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307</u>

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.      Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 01/08/2025.

3.      This Motion to Dismiss has been filed for the following reason(s):

- Debtor(s) has/have failed to comply with provisions of the Plan by not making post-petition mortgage payments.

     WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee,  requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 05/04/2026                       Respectfully submitted,

                                       */s/ Rolando Ramos, Esq.*
                                       Rolando Ramos, Esq.
                                       for
                                       Scott F. Waterman, Esq.
                                       Standing Chapter 13 Trusteee
                                       2901 St. Lawrence Avenue, Suite 100
                                       Reading, PA  19606
                                       Telephone: (610) 779-1313