UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Kurt Douglass Fritz

    Wendlolyn M. Douglass

          Debtors

Chapter 13

Bankruptcy No. 25-10081-PMM

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 4th day of May, 2026 by first class mail upon those listed below:

Kurt Douglass Fritz
Wendlolyn M. Douglass
119 Ardmore Ave
Reading, PA  19607-1003

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC

Office of the United States Trustee

*/s/ Kristen Gliem*

Kristen Gliem
for
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee