Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Kurt Douglass Fritz
Wendlolyn M. Douglass
119 Ardmore Ave
Reading, PA 19607-1003

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-10081-PMM**

Petition Filed Date: 01/08/2025
341 Hearing Date: 03/11/2025
Confirmation Date: 09/25/2025

Case Status: Dismissed After Confirmation on 6/11/2026

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2025 | $620.17 | 46003 | 08/18/2025 | $620.17 | 46002 | 08/18/2025 | $620.17 | 46004 |
| 08/26/2025 | $620.17 | 46061 | 08/26/2025 | $620.17 | 46062 | 09/16/2025 | $620.17 | 46127 |
| 09/16/2025 | $620.17 | 46126 | 09/30/2025 | $620.17 | 46205 | 09/30/2025 | $620.17 | 46204 |
| 10/21/2025 | $620.17 | 46325 | 10/21/2025 | $620.17 | 46326 | 10/21/2025 | $620.17 | 46327 |
| 11/05/2025 | $620.17 | 46429 | 11/05/2025 | $620.17 | 46430 | 11/12/2025 | $620.17 | 46456 |
| 11/12/2025 | $620.17 | 46457 | 11/25/2025 | $620.17 | 46536 | 11/25/2025 | $620.17 | 46535 |
| 12/16/2025 | $620.17 | 46626 | 12/16/2025 | $620.17 | 46627 | 12/23/2025 | $620.17 | 46667 |
| 12/23/2025 | $620.17 | 46668 | 01/13/2026 | $620.17 | 46757 | 01/13/2026 | $620.17 | 46756 |
| 02/04/2026 | $620.17 | 46876 | 02/04/2026 | $620.17 | 46875 | 02/04/2026 | $620.17 | 46874 |
| 02/18/2026 | $620.17 | 46928 | 02/18/2026 | $620.17 | 46929 | 02/23/2026 | $620.17 | 46964 |
| 02/23/2026 | $620.17 | 46965 | 04/07/2026 | $620.17 | 47193 | 04/07/2026 | $620.17 | 47194 |
| 04/07/2026 | $620.17 | 47195 | 04/07/2026 | $620.17 | 47192 | 04/14/2026 | $620.17 | 47208 |
| 04/14/2026 | $620.17 | 47209 | 04/28/2026 | $620.17 | 47293 | 04/28/2026 | $620.17 | 47294 |
| 05/15/2026 | $620.17 | 47359 | 05/15/2026 | $620.17 | 47358 | 05/15/2026 | $620.17 | 47360 |
| 05/27/2026 | $620.17 | 47426 | 05/27/2026 | $620.17 | 47427 | 06/17/2026 | $620.17 | 47511 |
| 06/17/2026 | $620.17 | 47512 | 07/06/2026 | $620.17 | 47559 | 07/06/2026 | $620.17 | 47560 |

**Total Receipts for the Period: $29,768.16 Amount Refunded to Debtor Since Filing: $9,610.74 Total Receipts Since Filing: $43,057.97**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $3,425.00 | $3,425.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $7,076.93 | $0.00 | $7,076.93 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $428.24 | $0.00 | $428.24 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $2,732.06 | $0.00 | $2,732.06 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Crediors | $2,325.68 | $2,325.68 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-10081-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 6 | SERVBANK SB<br>»» 005 | Mortgage Arrears | $115,261.00 | $22,925.49 | $92,335.51 |
| 7 | TOWNSHIP OF CUMRU - SEWER<br>»» 006 | Secured Creditors | $8,409.85 | $1,984.12 | $6,425.73 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»» 007 | Unsecured Creditors | $947.90 | $0.00 | $947.90 |
| 9 | MIDLAND CREDIT MANAGEMENT INC<br>»» 008 | Unsecured Creditors | $886.25 | $0.00 | $886.25 |
| 0 | Kurt Douglass Fritz | Debtor Refunds | $9,610.74 | $9,610.74 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $43,057.97 | Current Monthly Payment: | $2,680.00 |
| Paid to Claims: | $40,271.03 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,786.94 | Total Plan Base: | $157,853.22 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.